# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LORENZO A. BIDDY | * | |
| v. | * | Civil No. – JFM-11-0379 |
| CROWELL & MORING LLP | * | |

## MEMORANDUM

Plaintiff has instituted this *pro se* action for employment discrimination. Defendant has filed a motion to dismiss or for summary judgment. Plaintiff has responded to the motion by filing a motion for an extension of time. Defendant has opposed the motion. Defendant's motion to dismiss or for summary judgment will be granted and plaintiff's motion for extension of time will be denied.

Ordinarily, of course, I would grant a motion for extension of time filed by a *pro se* litigant. Here, however, granting the motion would delay these proceedings unnecessarily. It is clear from plaintiff's allegations that this court lacks jurisdiction over any claim asserted by plaintiff under Title VII because plaintiff never filed a timely charge with the EEOC.[1] Moreover, any other claim that plaintiff may seek to assert under the Family Medical Leave Act or the common law of defamation is time-barred. His employment with defendant ended, at the very latest, on June 27, 2007, and he was required to bring an FMLA claim on or before June 27, 2009. He did not do so. Likewise, any defamation claim is barred by Maryland's one year

---

[1] It also appears clear that this court is not the appropriate forum for litigation of any EEOC claims filed by plaintiff because plaintiff was not employed in Maryland, his employment records were not maintained or administered in Maryland, and Maryland is not a district in which plaintiff would have worked but for the alleged unlawful employment practice. *See* 42 U.S.C. §2000e-5(f)(3); 12 U.S.C. §1217(a).

1

statute of limitations for defamation. *See* Md. Code Ann. Cts. Jud. Proc. 5-105.

A separate order effecting the rulings made in this memorandum is being entered herewith.


Date: July 11, 2011              /s/_____
                                 J. Frederick Motz
                                 United States District Judge